UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ROBERT PANIK,
                Plaintiff,
v.                                                                          **ORDER OF DISMISSAL**

STANDARD LIFE INSURANCE COMPANY          21 CV 10279 (VB)
OF NEW YORK,
                Defendant.
------------------------------------------------------------x

      The Court has been advised that the parties have settled this case. (Doc. #20). Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application is made by no later than June 23, 2022. To be clear, any application to restore the action must be filed by June 23, 2022, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines, scheduled conferences, or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: May 24, 2022
       White Plains, NY

                                              SO ORDERED:

                                              Vincent L. Briccetti
                                              United States District Judge